NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN HARRELL,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-1440

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-3627, Judge Coral Wong Pietsch.

---

## O R D E R

Upon consideration of Karen Harrell's unopposed motion to withdraw her above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The notice of appeal is withdrawn.

(2) Each side shall bear their own costs.

FOR THE COURT

March 19, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 19, 2025